CO-386-online
10/03

# United States District Court
# For the District of Columbia

Lockheed Martin Corporation & )
Unisys Corporation )
)
)
        vs     Plaintiff  )    Civil Action No. __06cv1438 (RJL)__
)
United States of America )
)
)
              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Lockheed Martin Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Lockheed Martin Corporation__ which have any outstanding securities in the hands of the public:

Lockheed Martin Corporation is a publicly traded company, and has no parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

440936
BAR IDENTIFICATION NO.

Peter E. Seley  Gibson, Dunn & Crutcher LLP
Print Name

1050 Connecticut Ave., N.W.
Address

Washington, DC  20036
City    State    Zip Code

(202) 955-8500
Phone Number