U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lockheed Martin Corporation, et al.

vs.

United States of America

No. 1:06CV01438 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint for Recovery of Response Costs and Declaratory Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:15 pm on August 16, 2006, I served Attorney General of the United States at 601 D Street, NW, Washington, DC 20001 by serving Dwayne Woodward, Mailroom Clerk, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    36
 HEIGHT-    5'11"
   HAIR-    BLACK
 WEIGHT-    185
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   8-17-06  
               Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175331

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lockheed Martin Corporation & Unisys Corporation

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01438

CASE NUI    JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 08/15/2006

TO: (Name and address of Defendant)



Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-00001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter E. Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG 1 5 2006

DATE