U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lockheed Martin Corporation, et al.

vs.

United States of America

No. 1:06CV01438 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Complaint for Recovery of Response Costs and Declaratory Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:20 pm on August 16, 2006, I served United States Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Brenda Jones, Civil Litigation Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     37
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  150
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 8/17/06
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175332

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lockheed Martin Corporation & Unisys
Corporation

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUM

CASE NUMBER   1:06CV01438

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 08/15/2006

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter E. Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 15 2006

CLERK                                         DATE

(By) DEPUTY CLERK