IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. 06-01438-RJL |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for defendant in this matter.

                  Respectfully submitted

                  SUE ELLEN WOOLRIDGE
                  ASSISTANT ATTORNEY GENERAL

                  /s/ EILEEN T. MCDONOUGH
                  Environmental Defense Section
                  United States Department of Justice
                  Post Office Box 23986
                  Washington, D.C.  20026-3986
                  telephone: (202) 514-3126
                  telefax: (202) 514-8865
                  eileen.mcdonough@usdoj.gov

August 30, 2006