IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-01438-RJL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States of America, hereby requests an extension of time until October 30, 2006, to respond to the complaint in this matter. The United States' response is now due on October 16, 2006.

Plaintiffs Lockheed Martin Corporation and Unisys Corporation have consented to this request.

          Respectfully submitted,

          SUE ELLEN WOOLRIDGE
          ASSISTANT ATTORNEY GENERAL

          /s/ EILEEN T. MCDONOUGH
          Environmental Defense Section
          United States Department of Justice
          Post Office Box 23986
          Washington, D.C. 20026-3986
          telephone: (202) 514-3126
          telefax: (202) 514-8865
          eileen.mcdonough@usdoj.gov

October 12, 2006