IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | ) |
| Plaintiff, | ) Case No. 06-01438-RJL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the consent motion for enlargement of time filed by the United States, it is hereby ordered that the motion is granted. The United States shall respond to the complaint in this matter no later than October 30, 2006.

Executed this _____ day of October, 2006,

_____
UNITED STATES DISTRICT JUDGE