IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-01438-RJL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States of America, hereby requests an extension of time until November 6, 2006, to respond to the complaint in this matter. The United States' response is now due on October 30, 2006. This is the second request for an extension; the response was originally due on October 16, 2006.

The United States will file a motion to dismiss for failure to state a claim. The motion is premised on a question of statutory interpretation addressed by the Eighth Circuit in <u>Atlantic Research Corp. v. United States</u>, 459 F.3d 827, 835 (8th Cir. 2006), which was decided on August 11, 2006. The Solicitor General of the United States filed a petition for certiorari in this matter on October 24, 2006. In requesting the prior extension, counsel in this matter had not anticipated that the petition would be filed in October.

Counsel must review the draft of the memorandum of law to be filed with this Court to ensure consistency with the petition. In addition, because of the importance of this issue, as evidenced by the petition for certiorari, the memorandum must go through a more complex review process than is normally required for a memorandum of law in a district court case.

Counsel requires the additional time to complete these steps in order to assure that the memorandum to be filed will fully and accurately present the position of the United States.

    Plaintiffs Lockheed Martin Corporation and Unisys Corporation object to this request.

                                              Respectfully submitted,

                                              SUE ELLEN WOOLDRIDGE
                                              ASSISTANT ATTORNEY GENERAL

                                              /s/ EILEEN T. MCDONOUGH
                                              Environmental Defense Section
                                              United States Department of Justice
                                              Post Office Box 23986
                                              Washington, D.C.  20026-3986
                                              telephone: (202) 514-3126
                                              telefax: (202) 514-8865
                                              eileen.mcdonough@usdoj.gov

October 27, 2006