IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | Case No. 06-01438-RJL |

**ORDER**

Upon consideration of the second motion for enlargement of time filed by the United States, it is hereby ordered that the motion is granted. The United States shall respond to the complaint in this matter no later than November 6, 2006.

Executed this _____ day of _____, 2006,

_____
UNITED STATES DISTRICT JUDGE