IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) | |
| Plaintiff, ) | Case No. 06-01438-RJL |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

**THE UNITED STATES
MOTION TO DISMISS**

Plaintiffs Lockheed Martin Corporation and Unisys Corporation filed this action pursuant to section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), to recover all or part of response costs they incurred in remediating contamination at a facility in Great Neck, New York ("Great Neck Site"). Plaintiffs also request a declaratory judgment pursuant to CERCLA section 113(g)(2), 42 U.S.C. § 9613(g)(2), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, establishing that the United States is liable for response costs to be incurred at the Site in the future.

The United States moves to dismiss Plaintiffs' CERCLA claims failing to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Because Plaintiffs are potentially responsible parties ("PRPs"), CERCLA section 107(a) does not provide an independent statutory basis for them to recover their response costs.

The United States further moves to dismiss Plaintiffs' claim for relief under the Declaratory Judgment Act for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P.

12(b)(1). Plaintiffs have failed to identify a statutory basis for jurisdiction that could allow them to seek relief under the Declaratory Judgment Act.

                                      Respectfully submitted,

                                      SUE ELLEN WOOLDRIDGE
                                      ASSISTANT ATTORNEY GENERAL

                                      /s/ EILEEN T. MCDONOUGH
                                      Environmental Defense Section
                                      United States Department of Justice
                                      Post Office Box 23986
                                      Washington, D.C.  20026-3986
                                      telephone: (202) 514-3126
                                      telefax: (202) 514-8865
                                      eileen.mcdonough@usdoj.gov

November 6, 2006