IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | )<br>)<br>) |
| Plaintiff, | )  Case No. 06-01438-RJL<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

**ORDER**

Upon consideration of the motion to dismiss filed by the United States and the memoranda in support of and in opposition thereto, it is hereby ordered that the motion is granted. Plaintiffs' claims under section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a), are dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failing to state a claim upon which relief can be granted. Plaintiffs' claim for relief under the Declaratory Judgment Act are dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction.

Executed this ___ day of _____, 200_.

HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE