IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION )<br>& )<br>UNISYS CORPORATION )<br>                  Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>                  Defendant. ) | Case No. 06-01438 (RJL) |

## DECLARATION OF PETER E. SELEY

I, Peter E. Seley, declare and state as follows:

1. I am an attorney duly licensed to practice law in the District of Columbia and admitted before this Court. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP representing Lockheed Martin Corporation and Unisys Corporation ("Plaintiffs") in this action.

2. The United States of America ("Defendant") has submitted to this Court a Motion to Dismiss Plaintiffs' complaint. Defendant's motion is partially predicated upon Lockheed Martin being "the current owner," United States' Motion at 8, of the Great Neck Manufacturing Facility located at 365 Lakeville Road in Great Neck, New York.

3. Attached hereto as Exhibits 1 and 2 are true and correct copies of articles from *The New York Times* discussing and describing the sale by Lockheed Martin of the Great Neck Manufacturing Facility to a company known as i.Park Lake Success LLC. Exhibit 2 is undated, but I have determined through research that the article was published on October 27, 2002.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Real Property Transfer Report for the State of New York dated March 20, 2000, identifying Lockheed Martin Corporation as the Seller and i.park Lake Success LLC as the buyer of the property located at 365 Lakeville Road.

5.   Attached hereto as Exhibit 4 are true and correct copies of a letter and affidavit sent to the United States in 2003, as part of the Parties' correspondence on this matter. The affidavit discusses the disposition of historical documents "[w]hen Lockheed Martin sold the Great Neck plant in 2000." Decl. of Margaret Brovetto at ¶4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2006 at Washington, District of Columbia.

*[signature]*
Peter E. Seley

**Exhibit 1**

THE NEW YORK TIMES, SUNDAY, APRIL 2, 2000

# Lakeville's 2½ Cheers For High-Tech Plans



By STEWART AIN

RESIDENTS and town officials are welcoming plans to build a high-tech center on a 94-acre site in Lake Success that once housed the United Nations, provided that efforts continue to clean up toxic wastes in one 10-acre corner of the site.

"I'd rather see this usage than the original plans, which included everything under the sun," Marietta Di-Camillo, vice president of the North Lakeville Civic Association, said of the proposal. "Those plans would have caused awful traffic problems and changed our lifestyle."

The original plans, presented by Lockheed Martin, the site's previous owner, included a hotel, a sports and health club, housing for the elderly, offices and community shops, and ran into heavy community opposition.

Two weeks ago, Lockheed Martin sold the site for $21 million to i.park Lake Success L.L.C., a partnership between Apollo Real Estate Investment Fund IV in Manhattan and i.park Holdings of Greenwich, Conn.

Under the terms of the sale, Lockheed Martin is responsible for removing all toxic wastes that may have seeped into the groundwater, according to the North Hempstead Town Supervisor, May W. Newburger. "Remediation of the contamination is the most important thing," she said, noting that the state Department of Environmental Conservation ordered the cleanup.

Marianna Wohlgemuth, vice president of the Lakeville Estates Civic Association, said the cleanup would take about 30 years.

Hugh Burns, a spokesman for Lockheed Martin in Bethesda, Md., said, "We will certainly cooperate and fulfill our obligations, as we always do."

The buildings that are being renovated are not contaminated.

Ms. Wohlgemuth said community leaders had not yet met with the new owners but wanted to "extend our hands to work with them."

"We think this is a natural location," she continued. "Canon has offices about a block away, there is a software company across the street and there are five buildings east of it that house high-tech companies."

Ms. Newburger said i.park Lake Success does not need any zoning variances for a high-tech center. But she said she hoped the developer would work with the town and residents and would consider putting in a soccer field or park on some of the undeveloped property.

Lynne M. Ward, a vice president of i.park Lake Success, said the group wanted to establish a "high-tech telecom theater" to lure companies from Silicon Alley in Manhattan and compete with the Long Island Technology Center in Great River, which opened in June.

"The central component would be a telecom company, such as an AT&T, Bell Atlantic or Global Crossing," she said. "Then we imagine there will be Internet service providers, companies like Yahoo and AOL. And then there would be some dot-com companies, Internet companies that do business-to-business e-commerce. Those could be companies that provide musical services or online Internet businesses like eBay and Priceline.com."

Ms. Ward said the layout of the property and its proximity to New York City made it ideally suited for this project.

There are three buildings on the site, with a total of 1.4 million square feet. One is a one-story former manufacturing building of a million square feet that has 16- to 18-foot ceilings and heavy concrete floors. The second is a one-story, 140,000-square-foot structure with 35-foot ceilings.

These buildings "are highly suitable for telecom," Ms. Ward said. "Most important, the buildings have good electrical power, which telecom users require."

She said Silicon Alley, which extends north from Hudson Street to 41st Street on the West Side of Manhattan and includes former warehouses and buildings in the garment district, was more expensive to wire because the buildings were taller. And rents in Silicon Alley range from $40 to $50 a square foot, compared with the low $20's at Lake Success.

The third structure on the property is a three-story office building that served as the home of the United Nations from 1946 to 1950. Ms. Ward said there were plans to erect an exhibit in the lobby to commemorate the United Nations.

Over the next three months, crews are to remove interior walls and asbestos. The $30 million renovation is to include a new facade and landscaping. The site should be ready for its first tenants by September, Ms. Ward said.

Richard J. Mack, a partner of Apollo Real Estate Investment Fund IV, said the fact that the site was only "10 yards from the New York City border and 16 miles from the Midtown Tunnel" would allow high-tech companies that want to grow to move their city offices to Long Island — where a lot of their employees live — and still allow them to be close to the city.

John Gilbert, executive vice president of Rudin Management, a co-owner of the Long Island Technology Center, said he welcomed the competition.

"We believed two years ago that Long Island is a hotbed for technology," he said. "So the fact that others are beginning to believe it validates our investment."

Asked about the type of companies that i.park Lake Success plans to seek, Mr. Gilbert said, "It looks like they read our Web site."

He said his facility, a former manufacturing and research and development site used by the Northrop Grumman Corporation, has three connected buildings totaling 350,000 square feet about 35 miles east of the city. The rent per square foot is in the low $20's.

"We have 38 tenants," Mr. Gilbert said, adding that 140,000 square feet had already been rented. "We just signed a 40,000-square-feet deal with Bell Atlantic. And we have some great deals in the pipeline; there is a lot of interest. We can build another 800,000 square feet on the grounds, and we are talking to several people about doing that. Less than one-third of the property is now being used."

Among the other companies at the Great River site are Imperial Software, Keytrade Online and the Internet portal for Nature magazine. Mr. Gilbert said the Brooklyn Polytechnic Institute planned to hold classes at the site. In addition, he said, there are plans for a "digital sandbox," a facility that would allow companies and universities to stage educational activities in a totally wired setting.

"We have over 400 broadband Internet connections, so we could have Internet conferencing here," he said.

The Lake Success site was owned by the Sperry Corporation and Unisys before Lockheed acquired it.

Ms. Ward, the i.park vice president, noted that unlike manufacturing concerns — Sperry had 20,000 employees there — high-tech companies had mostly equipment and few people.

"Technology is a new-millennium thing," she added. "What is happening in Lake Success is a microcosm of what is happening in America: a changing from defense to high-tech. And this is classic example of a former defense site become a high-tech center."







A rendering of plans for the former Lockheed Martin property, top left. An aerial view west shows the Northern State Parkway at right.

**Exhibit 2**

## In the Region/Long Island

# A Giant Weapons Plant Is Renovated Into Offices

### New uses for 94-acre Lake Success complex differ from first plans.

By CAROLE PAQUETTE

THE five flags of the permanent members of the Security Council still fly in front of what was an early site of the United Nations, in Lake Success in Nassau County, just east of the Queens border and 16 miles from Manhattan.

The United Nations moved out in 1951, however, and the huge property was owned by a series of military contractors until it was sold by Lockheed Martin in 2000 for $21 million to a partnership called I.park Lake Success.

Now, the 1.4 million-square-foot complex on 94 acres has been renovated and serves primarily as an office park.

The mix of tenants so far is somewhat different from what the new owners had anticipated. More than half of the space at the complex has been leased, although not to the technology and dot-com companies that had originally been expected. Instead, I.park's tenants are predominantly concerns requiring offices with high-quality finishes and walled rooms. Such spaces bring in higher rents than open industrial space.

"We are getting significantly more office tenants than we originally planned," said Lynne M. Ward, a principal of I.park Holdings of Greenwich, Conn., which is a partner in I.park Lake Success with Apollo Real Estate Investment Fund IV of Manhattan.

Richard J. Mack, a partner at Apollo, said: "The economy has dictated much of the tenancy. Many of the dot-com and technology companies didn't have the credit."

Of I.park's space, 550,000 square feet has been leased, 450,000 square feet is in negotiations and about 400,000 is still being marketed. Ms. Ward said. Most leases are for 15 years, and the space is being renovated to suit the tenants.

By a ratio of about three to one, Ms. Ward said, the space has been taken by companies seeking traditional office space rather than warehouses. The office tenants include AXA Advisors and Allstate Insurance. Such concerns require "a higher finish to their space and bring in a higher rent," she said.

Offices at I.park rent for $23 to $25 a foot annually, plus utilities, while warehouse space rents for $12 to $15 a foot, not including taxes or common area maintenance charges. Leasing of the property is through Cushman & Wakefield, of Long Island, a division of the national real estate company.



Flags of permanent members of Security Council fly in Lake Success at an early home of the United Nations.



Richard Lee for the New York Times

er rents." The start of leasing was later than expected because of the numerous permits required, since half of the property is in the town of North Hempstead and half in the village of Lake Success, Mr. Mack said.

But the response has been strong, the participants say. "We have a product that most people don't have," said David C. Leviton, a senior director at Cushman & Wakefield's Melville-based Long Island office. "Large blocks of space are available at reasonable rental prices, and every tenant is autonomous with their own air-conditioning units and entries."

He added that the wide placement of the steel supporting columns within the main building — they are spaced 40 feet apart in one direction and 80 in the other — enables companies to maximize the number of employees they can assign there.

The ceilings are 16 to 22 feet high and hold many skylights, so there is a lot of natural lighting. Electricity is provided by a 30-megawatt substation connected to three separate Long Island Power Authority stations, reducing the likelihood of severe power failures.

SOME tenants are using on-site contractors to design and construct their spaces. These contractors include representatives from a Manhattan-based architectural firm, the Phillips Group, and a construction and telecommunications company doing business under the I.park name. The property's buildings that are being leased have had their original bricks, which have been cleaned, and energy-efficient glass windows have been installed.

The north building — a three-story, 92,000-square-foot office building that housed the United Nations — includes the "link building," a section that connects to the 1,150,000-square-foot, single-story main building, where planes and submarine systems were built in the past.

The single-story, 150,000-square-foot free-standing south building, which was once the foundry, is at the rear of the main building. A single tenant is in negotiations for the site, but nothing we would consider imminent.

"There have been some inquiries to date," said Arthur Stern, a partner at Cogswell Realty Group, a co-owner with the Rudin family of Manhattan in the 355,000-square-foot Long Island Business and Technology Center on 82 acres in Great River, which is the site of the former Northrop Grumman avionics facility.

"We get inquiries from time to time about possible disaster relief sites," said Jack O'Connor, executive vice president at Melville-based Grubb & Ellis.

The real estate services company has been marketing property at Epcal, the industrial park at the site of the former Grumman plant in Calverton, where military aircraft was manufactured.

One New York City company had been interested in 100,000 square feet at the park for backup, he said, but ultimately did not act. "The bottom line," he said, "is because of the economy companies are hesitant to pay two rents."

first and second floors. The 25,000-square-foot third floor, which has not yet been leased, looks out on the line of flags and a lawn where a memorial garden is being planned. It will rent for approximately $30 a foot. A 4,000-square-foot penthouse will either be part of the lease or be turned into a conference room for about 60 people, Ms. Ward said.

Tenants of the one-story main building include Allstate, which has leased 81,654 square feet for administrative offices and a claims office with a drive-in facility.

Allstate, has four offices and 367 employees at I.park, and "is a case study" of I.park's initial hope that because of the availability of large blocks of space, companies with operations in several locations would consolidate there because of its access to fiber optics and heavy-duty power supplies, Ms. Ward said.

Long Island Jewish Medical Center, which is across Lakeville Road from I.park, has leased 64,647 square feet for office and medical space and 27,418 square feet for warehouse use.

Another tenant in the main building is a financial institution that has leased 39,381 square feet as a backup facility, a use that more companies are investigating since the Sept. 11 attacks, realtors say. "We are starting to see companies coming out of New York City looking for backup facilities," Mr. Leviton said.

OTHER realtors marketing large space once occupied by military contractors say they, too, are getting inquiries about available space for backup offices for "disaster relief," but haven't signed leases yet.

Two years ago, it was estimated that the partnership's total investment in the project would be $70 million, including the purchase price. Today, because of the quality of the office space being created, the projection is that the investment will total approximately $80 million, Ms. Ward said. Nevertheless, she said, "We will be making slightly more profit than we expected because of the high-

**Exhibit 3**

INSTRUCTIONS: http://www.orps.state.ny.us or PHONE (518) 473-7222

| FOR COUNTY USE ONLY | | RP PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. SWIS Code | | STATE OF NEW YORK |
| C2. Date Deed Recorded  Month / Day / Year | | STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book           C4. Page | | **RP - 5217** |
| | | RP-5217 Rev 1/97 |

### PROPERTY INFORMATION

1. **Property Location**: 365 | Lakeville Road
   - STREET NUMBER | STREET NAME
   - Lake Success | 11020
   - CITY OR TOWN | VILLAGE | ZIP CODE

2. **Buyer Name**: i.park Lake Success LLC
   - LAST NAME / COMPANY | FIRST NAME

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   - LAST NAME / COMPANY | FIRST NAME
   - STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels OR ☐ Part of a Parcel
   - (Only if Part of a Parcel) Check as they apply:
   - 4A. Planning Board with Subdivision Authority Exists ☐
   - 4B. Subdivision Approval was Required for Transfer ☐
   - 4C. Parcel Approved for Subdivision with Map Provided ☐

5. **Deed Property Size**: ___ FRONT FEET x ___ DEPTH OR 9 3 5 1 ACRES

6. **Seller Name**: Lockheed Martin Corporation
   - LAST NAME / COMPANY | FIRST NAME

7. **Check the box below which most accurately describes the use of the property at the time of sale**:
   - A ☐ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Agricultural
   - F ☐ Commercial
   - G ☐ Apartment
   - H ☐ Entertainment / Amusement
   - I ☐ Community Service
   - J ☒ Industrial
   - K ☐ Public Service
   - L ☐ Forest

   Check the boxes below as they apply:
   - 8. Ownership Type is Condominium ☐
   - 9. New Construction on Vacant Land ☐
   - 10A. Property Located within an Agricultural District ☐
   - 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

### SALE INFORMATION

11. **Sale Contract Date**: 11 / 8 / 1999

12. **Date of Sale / Transfer**: 3 / 20 / 2000

13. **Full Sale Price**: 20,500,000.00
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. **Indicate the value of personal property included in the sale**: 0.0

15. **Check one or more of these conditions as applicable to transfer**:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ☒ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. **Year of Assessment Roll from which information taken**: 99
17. **Total Assessed Value (of all parcels in transfer)**: 3,887,490
18. **Property Class**: ___-___
19. **School District Name**: Great Neck SD
20. **Tax Map Identifier(s) / Roll Identifier(s)** (If more than four, attach sheet with additional identifier(s)):
    - 8-B-18-300K & 300H

### CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
i.park Lake Success LLC
By: ~~National RE/sources~~ Holdings, LLC,
its managing member — i.park
BUYER SIGNATURE    DATE 3/20/2000

485 | Putnam Avenue
STREET NUMBER | STREET NAME (AFTER SALE)

Greenwich | CT | 06830
CITY OR TOWN | STATE | ZIP CODE

**SELLER**
Lockheed Martin Corporation
Thomas H... | 3/20/2000

**BUYER'S ATTORNEY**
Weitzman | Jeffrey
LAST NAME | FIRST NAME
212 | 878-8258
AREA CODE | TELEPHONE NUMBER

NEW YORK STATE COPY

**Exhibit 4**

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306

(202) 955-8500

www.gibsondunn.com

mmurphy@gibsondunn.com

April 2, 2003

Direct Dial

(202) 955-8238

Fax No.

(202) 530-9657

Client No.

T 54253-00047

John A. Sheehan
Senior Attorney
U.S. Department of Justice
601 D Street, N.W.
Room 8120
Washington, DC 20004

Re:   *Hicksville Archives Closure Procedures*

Dear John:

    Please find enclosed the affidavit that you requested from Margaret Brovetto concerning the contents of the Hicksville archives. In the affidavit, Margaret indicates that Gibson, Dunn & Crutcher performed the initial review to identify records that were potentially relevant to the CERCLA contribution matter in the archives. The initial review was considered a broad first cut designed to capture all materials that were possibly relevant. It identified 379 boxes. A second, more detailed search of these boxes revealed that the greater majority were not relevant to the matter at all.

    As I've indicated previously, Lockheed Martin must vacate its space in Hicksville where the Great Neck documents are stored. The facility's lease is up at the end of the summer and Lockheed Martin no longer has additional options to renew the lease. This fast approaching deadline will force Lockheed Martin to make difficult choices soon on the retention of documents from the archives. We want to work with you to ensure that you have input into the process and that you are comfortable with the decisions when they are made.

    Accordingly, we propose as a baseline to retain the 379 boxes initially identified as potentially relevant, as well as the 15 additional boxes from Great Neck legal personnel that have been added to the archives since the initial search. In addition to these boxes, we invite you to designate additional records from the archives for retention. Your consultants have reviewed the

**GIBSON, DUNN & CRUTCHER LLP**

John A. Sheehan
April 2, 2003
Page 2

manifests for all of the records in the archives and have taken the opportunity to perform limited searches in Hicksville. You and your consultants are, of course, welcome to re-visit the archives if necessary before determining whether to designate additional records for retention.

Unfortunately, the decision to designate records for retention must occur in the next several weeks as the facility's personnel must begin to prepare for its closure and to make arrangements for the future storage of documents at other locations. Please contact me as soon as possible to discuss these procedures or to voice any objections to proceeding with the closure of the archives.

Sincerely,

Michael K. Murphy

MKM/mkm
Enclosure(s)

Document2

IN THE MATTER OF:

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION & UNISYS CORPORATION<br><br>v.<br><br>UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARGARET BROVETTO

I, Margaret Brovetto, state and declare as follows:

1. I am over 18 years of age and am competent to testify regarding the following:

2. I am currently employed by Lockheed Martin Corporation ("Lockheed Martin") in Hicksville, NY, and oversee the organization and maintenance of the document archives located there.

3. I worked in the Great Neck Plant on Marcus Avenue, Long Island, NY, for 16.5 years in that facility's archives. The facility was originally owned by Sperry Gyroscope Company, Inc., and later Unisys Corporation. Unisys sold the facility to Loral Corporation, which was later purchased by Lockheed Martin.

4. When Lockheed Martin sold the Great Neck Plant in 2000 to I-park LLC, it transferred approximately 14,000 boxes of documents to Hicksville to preserve them for several outstanding contract administration, insurance and litigation matters. In addition, a small number of boxes from former Sperry plants in Waterbury and Waltham were also shipped to the

archives. No documents from other Sperry, Unisys, Loral, or Lockheed Martin facilities were archived in Hicksville. Of the outstanding matters for which the documents were retained, only the current dispute with the Government over CERCLA contribution remains.

5. The archives consist primarily of company legacy files dated from the 1970's to 1999, the date the facility closed. The data includes but is not limited to Great Neck related technical, financial, contractual, personnel related and general departmental documentation. Although documents from the 1940s and 1950s exist in the archives, they do not make up a large portion of the archives.

6. In order to identify the existing documents relevant to the CERCLA contribution claim, Lockheed Martin's outside counsel, Gibson, Dunn & Crutcher LLP, performed a review of the archives. This review identified records that were deemed potentially relevant to Lockheed Martin's and Unisys's CERCLA contribution claims against the United States. The potentially relevant boxes were marked and recorded by Gibson, Dunn & Crutcher. In addition, the archives now contain approximately 15 boxes that were identified by Great Neck legal personnel as the most critical data relevant to the CERCLA case.

I swear under the penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on this day the 28th day of March, 2003.

*Margaret Brovetto*
**Margaret Brovetto**

70241621_1.DOC

2