IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 06-01438-RJL |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States of America, hereby requests an extension of time until December 14, 2006, to file a reply memorandum in support of its motion to dismiss the complaint in this matter. Plaintiffs filed their opposition to this motion on Friday, November 17, 2006. Under the local rules, the United States' reply would be due on November 27, 2006. Because of the Thanksgiving holiday, counsel for the United States will be on leave from November 22 through November 27, 2006, and so will be unable to timely complete the memorandum.

The United States requests that the Court allow the government to file its memorandum on December 14, 2006. The extra time is necessary in part because of the intervening holiday. In addition, due to the complexity, importance, and novelty of the statutory question at issue, the memorandum will require review by several components within the Department of Justice to ensure consistency in the position taken by the United States in this developing area of law.

Plaintiffs oppose this request. Plaintiffs did state that they would agree to an extension until December 1, 2006, but because of the intervening holiday and the complexity of the issues

to be addressed, an extension to that date would not allow the United States sufficient time to properly complete the memorandum.

## CONCLUSION

The United States should be allowed until December 14, 2006, to file its reply memorandum in support of its motion to dismiss the complaint in this matter.

>Respectfully submitted,
>
>SUE ELLEN WOOLDRIDGE
>ASSISTANT ATTORNEY GENERAL
>
>/s/ EILEEN T. MCDONOUGH
>Environmental Defense Section
>United States Department of Justice
>Post Office Box 23986
>Washington, D.C. 20026-3986
>telephone: (202) 514-3126
>telefax: (202) 514-8865
>eileen.mcdonough@usdoj.gov

November 21, 2006