IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-01438-RJL |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the motion for enlargement of time filed by the United States, it is

hereby ordered that the motion is granted.  The United States shall file its reply memorandum in

support of its motion to dismiss the complaint no later than December 14, 2006.

Executed this ___ day of _____, 200_.

HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE