IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION )<br>    &amp; )<br>UNISYS CORPORATION, )<br>               Plaintiffs, )<br>                           )<br>     v.                       )<br>                           )<br>UNITED STATES OF AMERICA, )<br>                           )<br>               Defendant. ) | CASE NUMBER: 1:06CV01438 (RJL) |

## PLAINTIFFS' OPPOSITION TO THE UNITED STATES' MOTION FOR ENLARGEMENT OF TIME

Plaintiffs Lockheed Martin Corporation and Unisys Corporation hereby respond to the United States of America's Motion for Enlargement of Time. The United States' request for yet another delay is unwarranted, and Plaintiffs respectfully request that the Court deny the Motion.

### I. THE UNITED STATES HAS HAD ADEQUATE TIME TO REPLY

Plaintiffs timely filed their Response to the United States' Motion to Dismiss on November 17, 2006. Under the local rules of this Court, the United States has five days to file its optional reply memorandum. LCvR 7(d). Due to the Thanksgiving holiday and intervening two weekends, that five days totals ten calendar days pursuant to Fed. R. Civ. P. 6(a). The United States now seeks to enlarge its time to reply until December 14, 2006, an increase that will *more than quadruple* the time for filing a reply memorandum allotted under this Court's rules. This extension is entirely unreasonable, especially when submission of a reply memorandum is entirely *voluntary* in the first place. *See* LCvR 7(d) ("Within five days after service of the memorandum in opposition the moving party *may* serve and file a reply memorandum.").

**II.    THE UNITED STATES' REPEATED REQUESTS FOR EXTENSIONS PREJUDICE PLAINTIFFS**

This request already marks the United States' third for an enlargement of time in this nascent litigation, and is part of a troubling pattern of delay. After Plaintiffs filed their Complaint on August 15, 2006, the United States' first action was to seek an extension of 14 days in which to file its response, to which Plaintiffs consented, even though by operation of the Federal Rules of Civil Procedure the United States had already been granted a more lenient timetable in which to respond to Plaintiffs' complaint. The United States' second action was to move the Court for *another* extension of time in which to respond to the Complaint, despite the fact that it already had 74 days to respond to the Complaint.

The United States now seeks its third enlargement of time in slightly more than three months, seeking a full *27 days* to file their optional reply brief. Further delay on the part of the United States in replying to already well-briefed issues is needless – the factual and legal issues in this dispute are already adequately developed and briefed for the Court's consideration. After long delays endured in hopes of settling this matter without recourse to litigation, Plaintiffs continue to incur response costs during this litigation and wish to move this case forward as expeditiously as possible to settle the United States' responsibility for those costs.

### III.  CONCLUSION

Accordingly, for the foregoing reasons, the United States' Motion should be denied.

Dated:  November 21, 2006                    Respectfully submitted,


                                             /s/ MICHAEL K. MURPHY
                                             Peter E. Seley, D.C. Bar Number 440936
                                             Michael K. Murphy, D.C. Bar Number 468907
                                             Gibson, Dunn & Crutcher, LLP
                                             1050 Connecticut Avenue, N.W.
                                             Washington, D.C.  20036
                                             (202) 955-8500
                                             mmurphy@gibsondunn.com

                                             *Counsel for Plaintiffs Lockheed Martin Corporation and Unisys Corporation*