**REAL PROPERTY TRANSACTION RECORD**

Filings Collected Through:10-24-2006
County Last Updated:11-22-2006
Frequency of Update:MONTHLY
Current Date:11/28/2006
Source:COUNTY
CLERK
           , NASSAU, NEW YORK

**OWNER INFORMATION**

Owner(s):I PARK LAKE SUCCESS LLC
Corporate Owner:YES
Additional Owner #1:I PARK LAKE SUCCESS LLC
Property Address:**365 LAKEVILLE RD**
GREAT NECK NY 11020-1639
Mailing Address:485 W PUTNAM AVE
GREENWICH CT 06830-6060

**PROPERTY INFORMATION**

County:**NASSAU**
Assessor's Parcel Number:08-  B-18-0300-H
Property Type:INDUSTRIAL
Land Use:INDUSTRIAL (NEC)

**TRANSACTION INFORMATION**

Transaction Date:03/20/2000
Seller Name:LOCKHEED MARTIN CORP
Sale Price:$20,500,000.00
Deed Type:GRANT DEED
Type of Transaction:RESALE
Mortgage Amount:$2,250,000.00
Mortgage Type:PRIVATE PARTY LENDER
Mortgage Deed Type:DEED OF TRUST
Lender Name:LOCKHEED MARTIN CORP  PRIVATE INDIVIDUAL
Lender Address: BETHESDA, MD 20817
Recording Date:03/29/2000
Recording Book/Page:BOOK 11186, PAGE 975
Seller Carryback:YES
Private Party Lender:YES
Construction Type:RESALE
Purchase Payment:MORTGAGE

TAX ASSESSOR RECORD is available for this property. The record contains information
from the office of the local real property tax assessor office. In addition to

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.