**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION | ) | |
| & | ) | |
| UNISYS CORPORATION | ) | |
| Plaintiffs, | ) | Case No.  06-01438 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' PROPOSED DISCOVERY PLAN

1. **Rule 26(f)/16(a) Conference**:  Counsel for the parties met and conferred telephonically on December 11, 2006, at 11 a.m. EST, regarding the matters set forth in Fed. R. Civ. P. 26(f) and LCvR 16.3(a) and (c).  The parties were unable to reach agreement concerning a discovery plan.  Plaintiffs therefore submit their proposed plan for discovery.

2. **Pre-Discovery Disclosures**:  The parties will exchange, by January 19, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Scope**:  In this stage of the proceeding, discovery will be needed on the issue of the government's liability as a potentially responsible party under CERCLA Section 107(a), 42 U.S.C. §9607(a).

4. **Written Discovery Deadline**:  All written discovery requests shall be served on the other party on or before March 9, 2007.

5. **Interrogatories**:  Plaintiffs and Defendant shall be allowed no more than 50 interrogatories.

6. **Requests for Admission**:  Plaintiffs and Defendant shall be allowed no more than 50 requests for admission.

7. **Depositions**:  Although it is not possible to judge with certainty at this stage in the litigation, the parties at this time anticipate fewer than 15 depositions of fact and expert witnesses.  If this number proves insufficient, the parties will accommodate requests for additional depositions made in good faith.  The parties agree that all depositions will conform to the seven-hour limitation of Fed. R. Civ. P. 30(d)(2).  All fact depositions shall be conducted by May 11, 2007.

8. **Experts**:  Plaintiffs and Defendant shall identify, in writing, experts and the subject matters of their opinions on April 13, 2007.  Reports from Plaintiffs' and Defendant's

retained experts under Fed. R. Civ. P. 26(a)(2) shall be due on or before May 11, 2007. The parties shall identify in writing any necessary rebuttal experts on June 1, 2007, and any reports from rebuttal experts shall be due on June 15, 2007.  All expert depositions shall be conducted by July 20, 2007.

9.  **Supplementation of Discovery**:  Each party shall supplement discovery responses as required by Fed. R. Civ. P. 26(e) within a reasonable time of receiving notice of information or document, but not to exceed 30 days after such notice.

10. **Amendment of Pleadings**:  Plaintiffs shall be allowed until January 19, 2007, to join additional parties and to amend the pleadings.  Any amendments after January 19, 2007 will require leave of the Court.

11. **Timing of Dispositive Motions**:  All dispositive motions are due on or before August 24, 2007; oppositions are due forty (40) days after the filing of dispositive motions, and replies are due thirty (30) days thereafter.

12. **Trial Date**:  Unless the discovery period is extended by the Court, this case will be ready for trial by January 4, 2008, and at this time trial is expected to take approximately two (2) weeks.

Date: December 26, 2006

Respectfully submitted by:

        /s/ Michael K. Murphy

Peter E. Seley, D.C. Bar Number 440936
Michael K. Murphy, D.C. Bar Number 468907
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
pseley@gibsondunn.com

*Counsel for Plaintiffs Lockheed Martin Corporation and Unisys Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LOCKHEED MARTIN CORPORATION   )
&amp;   )
UNISYS CORPORATION   )
                  Plaintiffs,   )      Case No.  06-01438 (RJL)
  )
        v.   )
  )
UNITED STATES OF AMERICA,   )
  )
              Defendant.   )

## [PROPOSED] ORDER

This court hereby issues the following scheduling order:

1. **Pre-Discovery Disclosures**:  By January 19, 2007, the parties will exchange the information required by Fed. R. Civ. P. 26(a)(1).

2. **Amendment of Pleadings**:  By January 19, 2007, Plaintiffs will join additional parties and amend pleadings.  Amendments after January 19, 2007 will require leave of the Court.

3. **Written Discovery Deadline and Limitations**:  Written discovery requests shall be served on opposing parties by March 9, 2007.  The parties shall be limited to no more than 50 interrogatories, and 50 requests for admission.

4. **Depositions**:  Fact depositions will be conducted by May 11, 2007, and will conform to the seven-hour limitation of Fed. R. Civ. P. 30(d)(2).  The parties shall be limited to 15 depositions, but the parties will accommodate requests for additional depositions made in good faith.

5. **Experts**:  The parties shall identify, in writing, experts and the subject matters of their opinions by April 13, 2007.  Reports from the retained experts under Fed. R. Civ. P. 26 (a)(2) shall be due by May 11, 2007.  The parties shall identify in writing any necessary rebuttal experts by June 1, 2007, and any reports from rebuttal experts shall be due by June 15, 2007.  All expert depositions shall be conducted by July 20, 2007.

6. **Supplementation of Discovery**:  Each party shall supplement discovery responses as required by Fed. R. Civ. P. 26(e) within a reasonable time of receiving notice of information or a document, but not to exceed 30 days after such notice.

7. **Timing of Dispositive Motions**:  All dispositive motions are due by August 24, 2007; oppositions are due forty (40) days after the filing of dispositive motions, and replies are due thirty (30) days thereafter.

**EXHIBIT A**

8. **<u>Trial Date</u>**:  Unless the discovery period is extended by the Court, this case will be set for trial on January 4, 2008.

SO ORDERED.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE