IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION,     ) | |
| Plaintiff,     ) | Case No. 06-01438-RJL |
| v.     ) | |
| UNITED STATES OF AMERICA,     ) | |
| Defendant.     ) | |

**THE UNITED STATES' MOTION TO STAY PROCEEDINGS**

Plaintiffs Lockheed Martin Corporation and Unisys Corporation filed this action pursuant to section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), to recover all or part of response costs incurred by Lockheed in remediating contamination at a facility in Great Neck, New York ("Great Neck Site"). Plaintiffs also request a declaratory judgment pursuant to CERCLA section 113(g)(2), 42 U.S.C. § 9613(g)(2), and the Declaratory Judgment Act, 28 U.S.C. 2201-02, establishing that the United States is liable for response costs to be incurred at the Site in the future.

The United States moves the Court to stay initial disclosures and discovery in this matter pending resolution of the motion to dismiss filed by the United States on November 6, 2006. The reasons in support of this motion are set forth in the accompanying memorandum of law.

Plaintiffs oppose this motion.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
ASSISTANT ATTORNEY GENERAL

        /s/ EILEEN T. MCDONOUGH  
        Environmental Defense Section  
        United States Department of Justice  
        Post Office Box 23986  
        Washington, D.C. 20026-3986  
        telephone: (202) 514-3126  
        telefax: (202) 514-8865  
        eileen.mcdonough@usdoj.gov

January 9, 2007