IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | ) |
| Plaintiff, | ) Case No. 06-01438-RJL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the motion for stay of proceedings filed by the United States, it is hereby ordered that the motion is granted. Proceedings in this matter, including initial disclosures and discovery, are stayed pending the Court's ruling on the motion to dismiss filed by the United States.

Executed this ___ day of _____, 2007.

HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE