IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION<br>&<br>UNISYS CORPORATION,<br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Defendant. | CASE NUMBER: 1:06CV01438 (RJL) |

**PLAINTIFFS' MOTION TO FILE A SUPPLEMENTAL PLEADING BASED ON THE SUPREME COURT'S OPINION IN *ATLANTIC RESEARCH V. UNITED STATES* AND PLAINTIFFS' SUPPLEMENTAL PLEADING IN OPPOSITION TO UNITED STATES' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 15(d), Lockheed Martin Corporation and Unisys Corporation ("Plaintiffs") hereby move for permission to supplement their pleading of November 17, 2006, Plaintiffs' Response to the United States' Motion to Dismiss, which is attached hereto as required by Local Civil Rule 15.1. As contemplated by Fed. R. Civ. P. 15(d), a relevant event has occurred since the date of the pleading. Specifically, the Supreme Court of the United States has issued an opinion in *Atlantic Research Corp. v. United States,* Case No. 06-562, which directly controls the legal issue presented by the United States' Motion and holds that potentially responsible parties (PRPs) have a cause of action against other PRPs under Section 107(a)(4)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9607(a).

The United States has indicated to Plaintiffs that it may withdraw its Motion to Dismiss based upon the *Atlantic Research* decision after it reviews the Court's holding, although it has not committed to doing so. Accordingly, Plaintiffs respectfully request that this Court accept the following supplemental pleading in this matter and deny the United States' Motion to Dismiss.

2

Dated:  June 12, 2007                                  Respectfully submitted,


                                                                   /s/ MICHAEL K. MURPHY
                                                                   Peter E. Seley, D.C. Bar Number 440936
                                                                   Michael K. Murphy, D.C. Bar Number 468907
                                                                   Gibson, Dunn & Crutcher, LLP
                                                                   1050 Connecticut Avenue, N.W.
                                                                   Washington, D.C.  20036
                                                                   (202) 955-8500
                                                                   mmurphy@gibsondunn.com

                                                                   *Counsel for Plaintiffs Lockheed Martin Corporation
                                                                   and Unisys Corporation*