IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-01438-RJL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THE UNITED STATES' CONSENT MOTION TO
WITHDRAW MOTION TO DISMISS**

The United States's motion to dismiss this matter is now pending before the Court. The United States now moves to withdraw its motion due to the recent decision by the Supreme Court in <u>United States v. Atlantic Research Corp.</u>, 2007 WL 1,661,465 (U.S. 2007).

Plaintiffs consent to this motion.

Respectfully submitted,

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3126
telefax: (202) 514-8865
eileen.mcdonough@usdoj.gov

June 22, 2007