IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-01438-RJL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the unopposed motion by the United States to withdraw its pending motion to dismiss, it is hereby ordered that the motion is granted.

Executed this ___ day of _____, 2007.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE