## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____

LOCKHEED MARTIN CORPORATION, )
)
)
    Plaintiff, )     Case No. 06-01438-RJL
)
    v. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
_____)

## THE UNITED STATES' MOTION TO
## EXTEND TIME IN WHICH TO ANSWER THE COMPLAINT

On June 28, 2007, the Court granted the United States' motion to withdraw the motion to dismiss the complaint in this matter. Pursuant to Fed. R. Civ. P. 12(b)(4)(A), the United States must file its answer on or before July 13, 2007, which is ten business days after the Court's order. See Rule 6 (a). The United States requests that this date be extended until September 14, 2007. The United States tried to contact Plaintiffs's counsel to obtain their position on this motion on several occasions, but did not receive a response.

The additional time requested is necessary for the United States to evaluate the Supreme Court's decision in United States v. Atlantic Research Corp., 127 S. Ct. 2331 (2007), to determine whether it is appropriate for the United States to file counterclaims.[1] The United States must also consider whether, in light of this decision, it is necessary to file a third-party

---

[1] The Supreme Court noted that the filing of a counterclaim under section 113(f) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9613(f), could be the appropriate method for a defendant in an action under CERCLA section 107(a)(4) "to blunt any inequitable distribution of costs." Atlantic Research Corp., 127 S. Ct. at 2338-39.

claim against the current landowner, who is not now party to this action.

The Supreme Court's decision, which affects a number of pending cases against the United States, requires the government to undertake a careful analysis to determine the correct response so that uniform action can be taken in all cases, thereby avoiding inconsistencies in litigation before different federal district courts. This process will take time because of the number of interests to be coordinated. In addition, if it is decided that counterclaims or third-party claims are necessary, approval will have to be obtained from the Acting Assistant Attorney General.

For these reasons, the United States should be allowed until September 14, 2007, to answer the Complaint in this matter. The United States does not see any reason that this delay should prejudice Plaintiffs.

Respectfully submitted,

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C.  20026-3986
telephone: (202) 514-3126
telefax: (202) 514-8865
eileen.mcdonough@usdoj.gov

July 9, 2007