IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | ) |
| Plaintiff, | ) Case No. 06-01438-RJL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the motion by the United States for an extension of time in which to answer the complaint in this matter, it is hereby ordered that the motion is granted. The answer shall be filed on or before September 14, 2007.

Executed this ___ day of _____, 2007.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE