IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION )<br>        & )<br>UNISYS CORPORATION, )<br>                Plaintiffs, )<br>                              )<br>        v. )<br>                              )<br>UNITED STATES OF AMERICA, )<br>                Defendant. ) | CASE NUMBER: 1:06CV01438 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs Lockheed Martin Corporation and Unisys Corporation hereby request an extension of time until October 26, 2007 to respond to the counterclaim filed in this matter by the United States. Plaintiffs' response is currently due on October 9, 2007. In light of other work commitments and the need to conduct additional factual investigation, Plaintiffs have been unable to coordinate their collective response to the United States' counterclaim and therefore seek additional time to respond.

Counsel for Plaintiffs attempted to contact counsel for the United States by both email and telephone to seek their consent to this request, but have been unable to reach them.

Dated: October 9, 2007               Respectfully submitted,

                                              /s/ MICHAEL K. MURPHY
                                              Peter E. Seley, D.C. Bar Number 440936
                                              Michael K. Murphy, D.C. Bar Number 468907
                                              Gibson, Dunn & Crutcher, LLP
                                              1050 Connecticut Avenue, N.W.
                                              Washington, D.C. 20036
                                              (202) 955-8500
                                              mmurphy@gibsondunn.com

                                              *Counsel for Plaintiffs Lockheed Martin Corporation*
                                              *and Unisys Corporation*