IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION )<br>       & )<br>UNISYS CORPORATION, )<br>            Plaintiffs, )<br>                     )<br>       v. )<br>                     )<br>UNITED STATES OF AMERICA, )<br>                     )<br>           Defendant. ) | CASE NUMBER: 1:06CV01438 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the motion for enlargement of time filed by the Plaintiffs, it is hereby order that the motion is granted. Lockheed Martin and Unisys Corporation shall respond to the counterclaim filed in this matter by the United States no later than October 26, 2007.

Dated: October 9, 2007                Respectfully submitted,

_____
UNITED STATES DISTRICT JUDGE

order.doc