IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>  Defendant. )<br>  ) | Case No. 06-01438-RJL |

**THE UNITED STATES' RESPONSE CONSENTING TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER THE COUNTERCLAIM**

Plaintiffs have moved for an enlargement of time in which to respond to the counterclaim asserted by the United States. The United States consents to this request.

      Respectfully submitted,

      RONALD J. TENPAS
      ACTING ASSISTANT ATTORNEY GENERAL

      /s/ EILEEN T. MCDONOUGH
      Environmental Defense Section
      United States Department of Justice
      Post Office Box 23986
      Washington, D.C. 20026-3986
      telephone: (202) 514-3126
      telefax: (202) 514-8865
      eileen.mcdonough@usdoj.gov

October 9, 2007