IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION )<br>        & )<br>UNISYS CORPORATION, )<br>        Plaintiffs, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>        Defendant. ) | CASE NUMBER: 1:06CV01438 (RJL) |

## PLAINTIFF LOCKHEED MARTIN CORPORATION'S MOTION TO DISMISS THE UNITED STATES' COUNTERCLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons stated in the accompanying memorandum, Plaintiff Lockheed Martin Corporation hereby moves to dismiss the United States' Counterclaim against it for failure to state a claim upon which relief can be granted.  The United States' Counterclaim is based upon Section 113(f)(1) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9613(f)(1).  Because the United States has not alleged facts that show that Lockheed Martin is liable under Section 113(f)(1), its Counterclaim should be dismissed.

Dated:  October 26, 2007            Respectfully submitted,

                                                      /s/ Peter E. Seley
                                       Peter E. Seley, D.C. Bar Number 440936
                                       Michael K. Murphy, D.C. Bar Number 468907
                                       Gibson, Dunn & Crutcher, LLP
                                       1050 Connecticut Avenue, N.W.
                                       Washington, D.C.  20036
                                       (202) 955-8500
                                       pseley@gibsondunn.com

*Counsel for Plaintiff Lockheed Martin Corporation*