IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION ) | | |
|     & ) | | |
| UNISYS CORPORATION, ) | | |
|        Plaintiffs, ) | CASE NUMBER: 1:06CV01438 (RJL) | |
| ) | | |
|     v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
|        Defendant. ) | | |

## **ORDER**

Upon consideration of the motion to dismiss filed by Lockheed Martin Corporation and the memoranda in support of and in opposition thereto, it is hereby ordered that the motion is GRANTED. The United States' Counterclaim under Section 113(f)(1) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9613(f)(1), against Lockheed Martin is hereby DISMISSED for failure to state a claim upon which relief can be granted.

Executed this ___ day of _____, 200__.

 

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE