AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LOCKHEED MARTIN CORPORATION
& UNISYS CORPORATION,      )
      Plaintiff(s)      )   **APPEARANCE**
            )
            )
      vs.      )   CASE NUMBER   1:06-CV-01438 (RJL)
UNITED STATES OF AMERICA,   )
            )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __JOSHUA M. LEVIN (AS CO-COUNSEL)__ as counsel in this
                (Attorney's Name)

case for: __DEFENDANT, UNITED STATES OF AMERICA__
          (Name of party or parties)

| | |
|---|---|
| OCTOBER 29, 2007 | s/Joshua M. Levin |
| Date | Signature |
| | JOSHUA M. LEVIN |
| ILLINOIS # 6194192 | Print Name |
| BAR IDENTIFICATION | U.S. DEPARTMENT OF JUSTICE - P.O. BOX 23986 |
| | Address |
| | WASHINGTON, DC 20026-3986 |
| | City          State          Zip Code |
| | 202-514-4198 |
| | Phone Number |