IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION, and UNISYS CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 06-01438-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND TIME TO RESPOND
TO MOTION TO DISMISS COUNTERCLAIM**

　　　The United States has asserted counterclaims against each plaintiff in this matter. On October 26, 2007, Lockheed Martin Corporation moved to dismiss the counterclaim against it. The United States' response is due on November 6, 2007. The United States requests additional time because counsel has been out of the office for several days. The United States asks leave to respond to the motion on November 13, 2007. Counsel for Lockheed Martin has consented to this request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　RONALD J. TENPAS
　　　　　　　　　　　　　　　　　　　ACTING ASSISTANT ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　/s/ EILEEN T. MCDONOUGH
　　　　　　　　　　　　　　　　　　　JOSHUA M. LEVIN
　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Post Office Box 23986
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20026-3986
　　　　　　　　　　　　　　　　　　　telephone: (202) 514-3126
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 514-4198

November 6, 2007