IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, and UNISYS CORPORATION, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 06-01438-RJL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the consent motion for enlargement of time, it is hereby ordered that the motion is granted. The United States will respond to the motion to dismiss counterclaim filed by Lockheed Martin Corp. no later than November 13, 2007.

Executed this ___ day of _____, 2007.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE