IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)

LOCKHEED MARTIN CORPORATION, and    )
UNISYS CORPORATION,    )

)

       Plaintiffs,    )    Case No. 06-01438-RJL

)

       v.    )

)

UNITED STATES OF AMERICA,    )

)

       Defendant.    )

_____)

**THE UNITED STATES' RESPONSE TO LOCKHEED'S MOTION TO DISMISS**

       Lockheed Martin Corporation has moved to dismiss the Counterclaim filed by the United

States. On this same day, the United States has filed an amended counterclaim as allowed by

right under Fed. R. Civ. P 15(a). The amended counterclaim moots Lockheed Martin's motion

to dismiss the original counterclaim.

                                      Respectfully submitted,

                                        FOR THE UNITED STATES:

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment and Natural Resources Division

                             /s/ Eileen T. McDonough
                                        EILEEN T. MCDONOUGH
                                        JOSHUA M. LEVIN
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington D.C.  20026-3986
                                        Telephone: (202) 514-3126
                                        Telephone: (202) 514-4198

November 13, 2007