IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, and UNISYS CORPORATION, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 06-01438-RJL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the motion to dismiss filed by Lockheed Martin Corporation, it is hereby ordered that the motion is denied as mooted by the filing of the amended counterclaim.

Executed this ___ day of _____, 2007.

                                                                           _____
                                                                           HON. RICHARD J. LEON
                                                                           UNITED STATES DISTRICT JUDGE